B 2100A (Form 2100A) (15/15)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Donald Carn                                                    Case No.   20-12068 ELF

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nationstar Mortgage LLC d/b/a Mr. Cooper | Bank of America, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known):   1
Amount of Claim:   67,869.40
Date Claim Filed:   05/08/2020

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261-9741

Phone:   877-343-5602                          Phone:   800-669-6607
Last Four Digits of Acct #:   7104             Last Four Digits of Acct.#:   0036

Name and Address where transferee payments should be sent: (if different from above):

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619094
Dallas, TX 75261-9741

Phone:   877-343-5602
Last Four Digits of Acct   7104

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Jill Manuel-Coughlin, Esquire                 Date:   03/15/2022
Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine up to $500,000.00 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Donald Carn<br><br>Debtor(s) | Case No.: 20-12068 ELF |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Movant<br>v.<br>Donald Carn<br><br>Respondent | |

### CERTIFICATION OF SERVICE
### OF TRANSFER OF CLAIM

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on March 15, 2022.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

Parties served via Electronic Notification:

Kenneth E. West
1234 Market Street - Suite 1813
P.O. Box 40837
Philadelphia PA  19107
Trustee

David M. Offen, Esquire
601 Walnut Street
Suite 160 West
Philadelphia, PA  19106
dmo160west@gmail.com
Attorney for Debtor/Debtors

Parties served via First-Class Mail:

Donald Carn
224 W. Godfrey Avenue
Philadelphia PA  19120
Debtor

Dated:  March 15, 2022

/s/ Jill Manuel-Coughlin, Esquire
POWERS KIRN, LLC
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Sarah K. McCaffery, Esq.; Atty ID #311728
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant