**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Donald Carn                                    CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-12068 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
12 Sep 2022, 13:53:53, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: dd327ddaa2ffa271cbb58f4cfaac556377d6b07b2063f09f6ac10cbf65618cf8