| Fill in this information to identify the **Fill in this information to identify the case:** |
|---|
| Debtor 1    Donald Carn |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number    20-12068 ELF |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage LLC

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 7104

**Date of payment change:**
Must be at least 21 days after date of this notice     12/01/2022

**New total payment:**     $691.32
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $246.35         New escrow payment: $277.69

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%         New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____         New mortgage payment: $_____

Document ID: 41eadd3e6dfc1e03ca5be3b61d3c675d3181c9475c84cf7de6035646660e5f0d

Debtor(s)   <u>Donald</u>           <u>Carn</u>        Case number (*if known*) <u>20-12068 ELF</u>
            First Name   Middle Name   Last Name

## Part 4:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*                                    Date   10/31/2022
   Signature
Print: Michael Farrington
       31 Oct 2022, 15:02:44, EDT

Title  <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>          <u>Market Street, Suite 5000</u>
          Number        Street
          Philadelphia,                          PA     19106
          City                                   State  ZIP Code

Contact phone  (215) 627–1322            Email  <u>bkgroup@kmllawgroup.com</u>

Official Form 410S1                **Notice of Mortgage Payment Change**                          page 2

Document ID: 41eadd3e6dfc1e03ca5be3b61d3c675d3181c9475c84cf7de6035646660e5f0d