# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Donald Carn**<br>**Debtor(s)** | **BK NO. 20-12068 ELF** |
| **Nationstar Mortgage LLC**<br>**Movant**<br>vs. | **Chapter 13**<br><br>**Related to Claim No.** |
| **Donald Carn**<br>**Debtor(s)** | |
| **Kenneth E. West**,<br>**Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 9, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Donald Carn
224 West Godfrey Avenue
Philadelphia, PA 19120

Attorney for Debtor(s)
David M. Offen, Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>November 9, 2022</u>

                **/s/ Michael P. Farrington**
                Michael P. Farrington, Esq.
                Attorney I.D. 329636
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                (215) 825-6488
                mfarrington@kmllawgroup.com